# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PATRICE NICOLE PITRE**<br><br>Plaintiff<br><br>V.<br><br>**DRIFTWOOD HOSPITALITY MANAGEMENT, LLC; DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC; TISHMAN HOTEL AND REALTY LP; MUNICIPALITY OF SAN JUAN.**<br><br>Defendants | CIVIL No. 22-01214(RAM)<br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE COURT:

**Comes Now** the Plaintiff, through the undersigned attorneys, and before this Honorable Court respectfully alleges and prays as follows:

1. Plaintiff, filed a Complaint (Dckt 1) and an Amended Complaint (Dckt 5) against the abovenamed parties, including DRIFTWOOD HOSPITALITY MANAGEMENT, LLC; DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC; TISHMAN HOTEL AND REALTY LP.

2. The above-named parties were included because by information and belief managed and operated at the time of the accident the Hotel that does business as Sheraton Old San Juan Hotel.

3. The parties have met and exchanged information and documents where it was informed that the above-named parties were not the owners, nor managed, nor had any control of the

hotel at the time the accident described in the complaint occurred.

4. As it has been informed by TISHMAN HOTEL AND REALTY LP, the lessee and operator of the Sheraton Old San Juan Hotel at the time of the accident was a corporation named **TRP SAN JUAN OWNER, LLC**.

5. Considering the above, to limit the controversies and avoid unnecessary case complications, Plaintiffs voluntarily request the dismissal of DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC and TISHMAN HOTEL AND REALTY, LP from the present case without prejudice.

6. Plaintiff will amend the complaint to include the correct operator, TRP San Juan Owner, LLC.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above and proceed to dismiss all claims in the Complaint and Amended Complaint against DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC and TISHMAN HOTEL AND REALTY, LP.

In San Juan, Puerto Rico, this 7th day of December 2022.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

JENKS CARBALLEIRA LAW OFFICE
Garden Hills Plaza, PMB 565
1353 Luis Vigoreaux Avenue
Guaynabo, Puerto Rico 00966
Tel.(787) 439-3980
Email: edjenks@yahoo.com
ATTORNEYS FOR PLAINTIFF

s/ Eduardo R. Jenks
Eduardo R. Jenks
USDC-PR # 300110

*S/José Sarró Pérez-Moris*
José Sarró Pérez-Moris
USDC-PR 225503
sarrolaw@aol.com