IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PATRICE M. PITRE,<br><br>Plaintiff,<br><br>v.<br><br>SHERATON PUERTO RICO MANAGEMENT, LLC, et al.,<br><br>Defendants. | CIVIL NO. 22-1214 (CVR) |

**PARTIAL JUDGMENT**

Pursuant to the Court's Order of this same date (Docket No. 63), the Court hereby ENTERS JUDGMENT and DISMISSES WITHOUT PREJUDICE all claims against Driftwood Hospitality Management, LLC, Driftwood Hospitality Management II, LLC, and Tishman Hotel and Realty, LP.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 16th day of May 2023.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE