IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PATRICE NICOLE PITRE,<br><br>Plaintiff,<br><br>v.<br><br>TISHMAN HOTEL AND REALTY, LP, et al.,<br><br>Defendants. | CIVIL NO. 22-1214 (CVR) |

## JUDGMENT

Pursuant to the "Joint Stipulation for Voluntary Dismissal" (Docket No. 101) filed by the parties, all claims filed by Plaintiff against all Defendants are DISMISSED WITH PREJUDICE without the imposition of costs or attorney's fees. This Judgment is final and unappealable from the moment it is entered.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 6th day of December 2024.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE